UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:

NAJIB TAYARA,                                    Case No: 25-18051 RAM
                                                 Chapter 13
        Debtor.
_____/

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE THAT:

Emmanuel Perez, Esq., hereby enters his appearance as counsel for Debtor, NAJIB TAYARA, in the instant case and respectfully requests that the Clerk place the firm listed below so as to receive all documents, pleadings and exhibits in this case and that all notices given or required to be served in this case be served upon the undersigned attorney at the address below.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of foregoing has been provided to all parties receiving service via the CM/ECF filing system service on this 28th day of OCTOBER 2025.

**EMMANUEL PEREZ & ASSOCIATES, P.A.**
901 Ponce De Leon Blvd.
Suite 101
Coral Gables, FL  33134
Tel. (305)442-7443
eService: bankruptcy@lawperez.com

By:__/s/Emmanuel Perez_____
     EMMANUEL PEREZ
     FBN 586552