UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA, MIAMI DIVISION

☐

RE:   NAJIB TAYARA                                              CASE NUMBER: 25-18051 RAM

**TRUSTEE'S NOTICE OF DEFICIENCY AND RECOMMENDATION**
**(If this case is dismissed, this deficiency is an objection to reinstate)**

The Trustee reviewed this case and found the following deficiencies remain unresolved from the Trustee's letter or requirements under the Bankruptcy Code and Rules. *The Trustee reserves the right to raise additional objections UNTIL all documents are provided to the Trustee and reviewed for issues raised and additional documents needed.* **See Court Notice of Commencement for additional information and Trustee's website www.CH13miami.com for forms and procedures.**

As appropriate, all written responses or documents must be received through BKDOCS.US or filed with the Clerk by 5pm at least 15 days prior to the first confirmation hearing or agreed deadline if confirmation is continued. Pro Se debtors may fax documents to 954-443-4452. Late documents may not be reviewed or considered, and this case may be at risk of dismissal. The Trustee's Office has a "Pre-call" date, **THE THURSDAY PRIOR TO THE HEARING**. During this period, the Debtor's or Creditor's attorney must call and speak to the Trustee's staff attorney unless they agree to the Trustee's recommendation. A final calendar will be published with any changes to this recommendation the day before the hearing on the front page of the Trustee's website.

***RECOMMENDATIONS ARE CHANGED UPON REVIEW OF DOCUMENTS NOT RECEIPT***

**THE DEBTOR'S ATTORNEY OR SELF REPRESENTED DEBTOR MUST APPEAR AT THE CONFIRMATION HEARING OR THE CASE MAY BE DISMISSED**

TRUSTEE'S RECOMMENDATION FOR HEARING          LAST REVIEWED: **11/19/2025**

**3 A Plan not served**
**If debtor's counsel appears, confirms service, agrees to vesting and the recommendation on the record:**
**DISMISS** Remains unresolved from 10/21
1) Amend plan so that payments begin month 1 which is 30 days after filing *(See 11 U.S.C. §1326)*
2) Each month must fund properly: *(calculate by adding the total of payments to all creditors then dividing by 0.9)*
3) Amend plan to disclose treatment of all secured and priority creditors. Secured creditors must be placed under one of the subsections of Section III
    a. File Motion, Objection or Conform to Proof of Claim: POC# 2 filed by Sunlight Associates,
    b. File Motion, Objection or Conform to Proof of Claim: POC #3 filed by NewRez
4) Plan must disclose treatment of all secured creditors (paid by Trustee as secured, valued, paid direct, or surrendered) Sunlight Assoc, NewRez, Americredit, HSBC Bank
5) IF 100% language is removed from Section V (unsecured creditors), Debtor to provide documents/resolve issues on all prior deficiencies contemporaneously with filing of amended or modified plan. Trustee reserves the right to recall the meeting of creditors.
    a. Pay the chapter 7 liquidation of $6,007,954.00 to unsecured creditors
    b. Amend Plan to include in other provisions: Income Verification Language (Miami) under Section VIII

Objection to Confirmation (74) (110) Sunlight Associates plan does not disclose treatment of creditor (109) HSBC Order directing litigation to state court

I hereby certify that a true and correct copy of the foregoing was served through ECF on the debtor's attorney or by U.S. First Class pre-paid Mail on the pro se debtor on the same day filed with the Court.

*Submitted by:*
NANCY K. NEIDICH, ESQ, STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806, MIRAMAR, FL 33027, (954) 443-4402

**<u>Trustee may request SANCTIONS as documents were not timely provided and issues not timely resolved</u>**